# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**LAWRENCE WIGG**,
Appellant,

v.

**AMY BETH BITTING** o/b/o **EMILY WIGG**,
Appellee.

No. 4D18-1261

[November 1, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Arthur M. Birken, Senior Judge; L.T. Case No. 062018DR000721AXDVCE.

Renier Ledezma of Renier Ledezma, P.A., Palm Beach Gardens, for appellant.

Curtis R. Cowan of Kopelowitz Ostrow, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, CONNER and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***